| | |
|---|---|
| 1 | JOHN S. SARGETIS, ESQ. (SBN 80630) |
| 2 | HENRY J. HYMANSON (SBN: 303052) |
|   | UNITED LAW CENTER |
| 3 | 1390 Lead Hill Blvd. |
|   | Roseville, California 95661 |
| 4 | Telephone: (916) 367-0630 |
|   | Facsimile: (916) 265-9000 |

Attorneys for Plaintiffs DOROTHY WESSELS and GUENTHER WESSELS

Erin Jane Illman (CA Bar No. 238262)
Leigh Anne Hodge (CA Bar No. 313736)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue, North
Birmingham, AL 35203
Phone: (205) 521-8092
Fax: (205) 488-6092
lhodge@bradley.com

Attorneys for Defendants,
SERVIS ONE, INC. d/b/a B.S.I. FINANCIAL SERVICES and VENTURES TRUST 2013-I-H-R by MCM CAPITAL PARTNERS, LLP

MCGUIREWOODS LLP
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Phone: 415 844 1972
Fax: 415 844 1915
jwells@mcguirewoods.com

Attorneys for Defendants BANK OF AMERICA, N.A. and BOFA MERRILL LYNCH ASSET HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA --SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY WESSELS and GUENTHER WESSELS,<br><br>              Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A.; VENTURES TRUST 2013 I-H-R by MCM CAPITAL PARTNERS, LLC; BSI FINANCIAL SERVICES, LLC; BOFA MERRILL LYNCH | Case No.: 3:16-CV-03478-LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Removed from the Superior Court for the County of Contra Costa: June 22, 2016 |

1

ASET HOLDINGS, INC. and DOES 1-50, inclusive,

        Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DOROTHY WESSELS and GUENTHER WESSELS ("Plaintiffs") and Defendants BANK OF AMERICA, N.A.; VENTURES TRUST 2013 I-H-R by MCM CAPITAL PARTNERS, LLC; BSI FINANCIAL SERVICES, LLC; and BOFA MERRILL LYNCH ASSET HOLDINGS, INC. ("Defendants"), through their respective attorneys of record, that Plaintiffs' above-captioned action, including any claims for relief and causes of action contained therein, be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Under Rule 41(a)(1)(A)(ii), an action may be dismissed by Plaintiffs without a Court order by filing a "stipulation of dismissal signed by all parties who have appeared." This stipulation is signed by counsel for Plaintiffs and counsel for Defendants, who/which are the only parties to this action.

      IN WITNESS WHEREOF, each of the parties hereto have executed this stipulation on the date set forth below.

**IT IS SO STIPULATED.**

Dated: September 25, 2017        UNITED LAW CENTER

                                  /s/ Henry J. Hymanson
                                  JOHN S. SARGETIS
                                  HENRY J. HYMANSON
                                  Attorneys for Plaintiffs DOROTHY WESSELS and
                                  GUENTHER WESSELS

Dated: September 25, 2017        BRADLEY ARANT BOULT CUMMINGS LLP

                                  /s/ Erin Jane Illman
                                  ERIN JANE ILLMAN
                                  LEIGH ANNE HODGE
                                  Attorneys for Defendants SERVIS ONE, INC. d/b/a BSI
                                  FINANCIAL SERVICES and VENTURES TRUST 2013-
                                  I-H-R by MCM CAPITAL PARTNERS, LLC

Dated: September 25, 2017  McGUIREWOODS LLP

/s/ Jamie D. Wells
JAMIE D. WELLS
Attorneys for Defendants
BANK OF AMERICA, N.A., BOFA MERRILL LYNCH ASSET HOLDINGS, INC.

I, Henry J, Hymanson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Henry J. Hymanson
Henry J. Hymanson

APPROVED
Judge Laurel Beeler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 9/25/2017